**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BROOKMAN, | No. **2:17-cv-05825-JFW (SKx)** |
| Plaintiff, | Assigned to the Hon. John F. Walter |
| vs. | Courtroom 7A |
| ALLSTATE INSURANCE COMPANY; and DOES 1-25 Inclusive, | **DISMISSING ACTION WITH PREJUDICE** |
| Defendants. | Complaint Filed: July 19, 2017 |

## ORDER

Based upon the Stipulation of the parties, pursuant to *Federal Rules of Civil Procedure* § 41(a)(1), the Court hereby orders that:

(1)  The entire action is hereby dismissed, with prejudice.

(2)  Each of the parties shall bear their own fees and costs for this action.

The clerk is directed to close the file.

**IT IS SO ORDERED.**

**Dated:** November 16, 2017

**The Honorable Hon. John F. Walter**
**Judge of the District Court**

*MacGregor & Berthel*